IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| GUADALUPE J. ESTRADA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV05-65-S-MHW |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| RANDY BLADES, Warden, and SGT. FLETCHER, | ) | |
| | ) | |
| Defendants. | ) | |
| _____) | | |

Pending before the Court is Plaintiff's Motion to Dismiss the Civil Rights Complaint (Docket No. 8).  Plaintiff also requests that the Court vacate the Filing Fee Order.  Plaintiff consented to the jurisdiction of a Magistrate Judge to determine this matter, in accordance with 28 U.S.C. § 636 (c) and Fed. R. Civ. Proc. 73.

The Court has determined that good cause exists to enter a dismissal of Plaintiff's Complaint.  The Court will also vacate the Filing Fee Order for this lawsuit.

**ORDER**

NOW THEREFORE IT IS HEREBY ORDERED that  Plaintiff's Motion to

**ORDER  1**

Dismiss the Civil Rights Complaint (Docket No. 8) is GRANTED.

IT IS FURTHER HEREBY ORDERED that the Filing Fee Order (Docket No. 7) is vacated.  A copy of this Order shall be sent to Tom Beauclair, Director Department of Correction, Attn: Inmate Accounts, 1299 N Orchard, Suite 110, Boise ID 83706.



DATED: July 14, 2005

Honorable Mikel H. Williams
United States Magistrate Judge

**ORDER  2**